[No. 2405–2. Division Two. July 19, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY L. CAMPBELL, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2438, Jay W. Hamilton, J., entered May 11, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 1990–3. Division Three. July 19, 1977.]

HELEN WARWICK, *Appellant,* v. A. F. WARWICK, *Respondent.*

Appeal from a judgment of the Superior Court for Whitman County, No. 27006, Philip H. Faris, J., entered May 10, 1976. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 2002–3. Division Three. July 19, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ALBERT SANDALL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 19826, Bruce P. Hanson, J., entered June 3, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 1953–3. Division Three. July 19, 1977.]

PATRICK EUGENE KEATING, *Appellant,* v. SHELL OIL COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 19304, Walter A. Stauffacher, J., entered March 19, 1976. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.